which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 87–5571.  IN RE BROWN.  Petition for writ of habeas corpus denied.

No. 87–405.  IN RE YEE; and
No. 87–5555.  IN RE ORCHARD.  Petitions for writs of mandamus denied.

No. 87–267.  D. H. HOLMES CO., LTD. *v.* MCNAMARA, SECRETARY OF REVENUE AND TAXATION OF LOUISIANA.  Appeal from Ct. App. La., 4th Cir.  Probable jurisdiction noted.

No. 87–367.  BENDIX AUTOLITE CORP. *v.* MIDWESCO ENTERPRISES, INC., ET AL.  Appeal from C. A. 6th Cir.  Probable jurisdiction noted.

No. 87–399.  SUPREME COURT OF VIRGINIA ET AL. *v.* FRIEDMAN.  Appeal from C. A. 4th Cir.  Probable jurisdiction noted.

No. 87–5461.  HENSON *v.* EAST LINCOLN TOWNSHIP ET AL.  C. A. 7th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted.

No. 86–2053.  PERTUIT ET UX. *v.* AMERICAN BANK.  Ct. App. La., 5th Cir.  Certiorari denied.

No. 86–6954.  MARSH *v.* CITY OF MARYSVILLE.  Ct. App. Ohio, Union County.  Certiorari denied.